# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES— GENERAL

| Case No. | 5:23-cv-01496-JWH-JDE | Date | November 22, 2024 |
|---|---|---|---|
| Title | *Ellyn Norris et al v. Samsung Electronics America Inc.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gabriel Z. Doble | Lori B. Leskin |

**Proceedings:** **HEARING RE DEFENDANT'S COORDINATED MOTION TO DISMISS [70]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, Defendant's Motion [ECF No. 70] is taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**