JS-6

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  ELLYN NORRIS and                    Case No. 5:23-cv-01496-JWH-JDE
    A.J. STONE, individually and on behalf
12      of all others similarly situated,
                                        **JUDGMENT**
13            Plaintiffs,

14       v.

15  SAMSUNG ELECTRONICS
        AMERICA, INC.,
16
              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the "Order Granting Defendants' Motions to Dismiss [ECF No. 73 in the *Hedrick* Case; ECF No. 68 in the *Goldstein* Case; and ECF No. 70 in the *Norris* Case]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d).

2. The operative complaint in this action is the Second Amended Class Action Complaint [ECF No. 67].

3. The claims for injunctive relief of Plaintiffs Ellyn Norris and A.J. Stone are **DISMISED** for lack of jurisdiction.

4. Judgment is hereby **ENTERED** in **FAVOR** of Defendant Samsung Electronics America, Inc. and **AGAINST** Plaintiffs Ellyn Norris and A.J. Stone. Plaintiffs shall take nothing by way of their Second Amended Complaint. This action is **DISMISSED**.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 28, 2025

John J. Holcomb
UNITED STATES DISTRICT JUDGE

-2-